```
 1 | BENJAMIN W. WAGNER
   | United States Attorney                    SEALED
 2 | SUSAN PHAN
   | Assistant U.S. Attorney                    FILED
 3 | 4401 Federal Building
   | 2500 Tulare Street                       MAY 27 2010
 4 | Fresno, California 93721
   | Telephone: (559) 497-4000         CLERK, U.S. DISTRICT COURT
 5 |                                  EASTERN DISTRICT OF CALIFORNIA
   |                                  BY _____
 6 |                                           DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10 MJ 00122 SMS |
| Plaintiff, | |
| v. | APPLICATION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANT |
| MARIA ANTONIA JUAREZ-AMBRIZ aka Elizabeth Lee Galindo aka Elizabeth Sanchez, | |
| Defendants. | |

IT IS SO ORDERED.

DATED: May 27, 2010

_____
SANDRA M. SNYDER
United States Magistrate Judge

2