

1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHAEL G. TIERNEY
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-MJ-122-SMS |
| Plaintiff, | |
| v. | ORDER UNSEALING COMPLAINT, AFFIDAVIT AND ARREST WARRANT |
| MARIA ANTONIA JUAREZ-AMBRIZ, | |
| aka Elizabeth Lee Galindo aka Elizabeth Sanchez | |
| Defendant. | |

The Criminal Complaint, attached Affidavit, and Arrest Warrant in this case having been sealed on May 27, 2010, and it appearing that materials are not required to remain secret based upon the motion submitted by the United States,

IT IS HEREBY ORDERED that the Criminal Complaint, attached Affidavit, and Arrest Warrant be unsealed and made public record.

Dated: November 6, 2015

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE